IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RICHARD WAYNE GILLINGHAM,<br><br>Petitioner,<br><br>vs.<br><br>JIM SALMONSEN; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents. | Cause No. CV 21-39-M-DLC<br><br><br>ORDER |

On April 1, 2021, Petitioner Gillingham moved to proceed in forma pauperis with a petition for writ of habeas corpus under 28 U.S.C. § 2254. *See* Pet. (Doc. 1); Mot. to Proceed (Doc. 2).

The Court has addressed this matter before. *See, e.g.*, Order (Doc. 5) & Exs. (Docs. 5-1, 5-2), *Gillingham v. Montana*, No. CV 20-74-M-DLC (D. Mont. June 3, 2020); Order (Doc. 17), *Gillingham v. Kirkegard*, No. CV 12-162-M-DLC-JCL (D. Mont. Mar. 19, 2013); *see also Gillingham v. Montana*, No. CV 20-31-M-DLC (D. Mont. Mar. 13, 2020); *Gillingham v. Montana*, No. CV 19-182-M-DLC-KLD (D. Mont. Nov. 13, 2019); *Gillingham v. Guyer*, No. CV 19-04-M-DLC-JCL (D. Mont. Jan. 3, 2019); *Gillingham v. Kirkegard*, No. CV 14-212-M-DLC-JCL (D. Mont. Aug. 22, 2014); *Gillingham v. Kirkegard*, No. CV 13-77-M-DWM (D.

1

Mont. Apr. 18, 2013); *Gillingham v. Kirkegard*, No. CV 12-162-M-DLC-JCL (D. Mont. Sept. 21, 2012); *Gillingham v. District Court Judge Harkin*, No. CV 06-16-DWM-LBE (D. Mont. Feb. 15, 2006).

For the reasons the Court has already explained, *see, e.g.*, Order (Doc. 5) at 1–4, *Gillingham*, No. CV 20-74-M-DLC (D. Mont. June 3, 2020), it continues to lack jurisdiction to hear claims that were or could have been brought in the petition Gillingham filed in 2006 or 2012.

Accordingly, IT IS ORDERED:

1. Gillingham's motion to proceed in forma pauperis (Doc. 2) is DENIED.

2. Gillingham's petition is DISMISSED for lack of jurisdiction.

3. A certificate of appealability is DENIED. The clerk shall immediately process the appeal if Gillingham files a notice of appeal.

4. The clerk shall enter, by separate document, a judgment of dismissal.

DATED this 5th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

Mont. Apr. 18, 2013); *Gillingham v. Kirkegard*, No. CV 12-162-M-DLC-JCL (D. Mont. Sept. 21, 2012); *Gillingham v. District Court Judge Harkin*, No. CV 06-16-DWM-LBE (D. Mont. Feb. 15, 2006).

For the reasons the Court has already explained, *see, e.g.*, Order (Doc. 5) at 1–4, *Gillingham*, No. CV 20-74-M-DLC (D. Mont. June 3, 2020), it continues to lack jurisdiction to hear claims that were or could have been brought in the petition Gillingham filed in 2006 or 2012.

Accordingly, IT IS ORDERED:

1. Gillingham's motion to proceed in forma pauperis (Doc. 2) is DENIED.

2. Gillingham's petition is DISMISSED for lack of jurisdiction.

3. A certificate of appealability is DENIED. The clerk shall immediately process the appeal if Gillingham files a notice of appeal.

4. The clerk shall enter, by separate document, a judgment of dismissal.

DATED this 5th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court